IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANDRA A. WILLIAMS, | |
| Plaintiff, | |
| vs. | CIV. ACTION NO. 1:21-cv-01902 |
| LAZER SPOT, INC., and<br>ARTHUR HENDERSON, | The Honorable Michael L. Brown<br>The Honorable Catherine M. Salinas |
| Defendants. | **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Sandra A. Williams ("Williams" or "Plaintiff"), by and through the undersigned Counsel of Record, and hereby dismiss, with prejudice, the above-captioned case. Federal Rule of Civil Procedure ("Federal Rule") 41 states, in pertinent part, "[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A)(i); see, e.g., Sargeant v. Hall, 951 F.3d 1280, 1287 (11th Cir. 2020) (explaining that Federal Rule 41(a)(1)(A)(i) was intended to preserve the plaintiff's ability to control the lawsuit early and permits voluntary dismissals without an order). Although Williams filed the above-captioned complaint on May 6, 2021, Defendants have not served a

responsive pleading or motion for summary judgment. Rather, the Court stayed this matter to permit the Parties to participate in mediation. (Doc. no. 11). Therefore, Williams requests that, pursuant to Federal Rule 41(a)(1)(A)(i), that the Court dismiss, with prejudice, the above-captioned case and that this matter be closed.

Respectfully submitted, this 29th day of September, 2021.

        MOLDEN & ASSOCIATES

        _____
        REGINA S. MOLDEN
        Georgia Bar No. 515454
        T. ORLANDO PEARSON
        Georgia Bar No. 180406
        Peachtree Center – Harris Tower, Suite 1245
        233 Peachtree Street, NE
        Atlanta, Georgia 30303
        (404) 324-4500
        (404) 324-4501 (facsimile)
        Email: rmolden@moldenlaw.com
        Email: topearson@moldenlaw.com

        *Counsel for Plaintiff Sandra A. Williams*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SANDRA A. WILLIAMS, | |
| Plaintiff, | |
| vs. | CIV. ACTION NO. 1:21-cv-01902 |
| LAZER SPOT, INC., and<br>ARTHUR HENDERSON, | The Honorable Michael L. Brown<br>The Honorable Catherine M. Salinas |
| Defendants. | **JURY TRIAL DEMANDED** |

## **LOCAL RULE AND SERVICE CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B) and that the foregoing **Notice of Voluntary Dismissal** has been filed with the Clerk using the CM/ECF system which will send notification to the attorney(s) of record.

Respectfully submitted, this 29th day of September, 2021.

                                              MOLDEN & ASSOCIATES

                                              T. ORLANDO PEARSON
                                              Georgia Bar No. 180406